# ADDENDUM

Some internal notes, stamps or typing on the Declaration sheet may appear. The intended use for these is internal only and may not have been a part of the policy received by the insured.

Policy fees, inspection fees or taxes, or additional instructional stamps may have appeared on the policy received by the insured but may not appear on this copy.

EXHIBIT

tabbies

B

# Scottsdale Indemnity Company

## IMPORTANT NOTICE—TEXAS

To obtain information or make a complaint:

You may contact your agent or you may call Scottsdale Idemnity Company's toll-free number for information or to make a complaint at:

**1-800-423-7675**

You may also write to Scottsdale Insurance at:

Scottsdale Indemnity Company
8877 N. Gainey Center Drive
P.O. Box 4110
Scottsdale, Arizona 85261

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance at:

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
1-512-475-1771 (Fax)
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**

Should you have a dispute concerning your premium or about a claim you should contact the agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**

This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE—TEXAS

Para obtener información o para someter una queja:

Usted puede comunicarse con su agente o puede llamar al número de teléfono gratis de Scottsdale Indemnity Company para información o para someter una queja al:

**1-800-423-7675**

Usted también puede escribir a Scottsdale Insurance:

Scottsdale Indemnity Company
8877 N. Gainey Center Drive
P.O. Box 4110
Scottsdale, Arizona 85261

Puede comunicarse con el Departamento de Suguros de Texas para obtener información acerca de compañías, coberturas, derechos or quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas:

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
1-512-475-1771 (Fax)
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el Departamento de Seguros de Texas.

**UNA ESTE AVISO A SU POLIZA:**

Este aviso es solo para propósito de información y no se convierte en parte o condición del documento adjunto.

## National Casualty Company

Scottsdale Indemnity Company

### LOSS CONTROL AVAILABILITY—TEXAS

Loss Control techniques are a function of safety in any operation. Loss Control is a managed analysis of accidents, equipment, facilities and employees to reduce the possibility that a loss will occur and/or reduce the severity of those that do occur. One or more of the following methods for controlling losses may be implemented:

- On-site physical inspection with recommendations for improvement
- Hand-outs of similar industry claims and loss analysis
- Provision of loss summaries and analysis of your operation
- Recommendations for vehicle maintenance and inspection
- Bulletin board type safety materials for posting in conspicuous locations
- Loss Control Newsletter

Managing losses through Loss Control techniques can reduce both personal and financial injury.

Should you desire loss control services please call our toll free telephone number or contact us by email at:

1-855-255-3790

or

losscontrol@scottsdaleins.com

SCOTTSDALE INSURANCE COMPANY®

**National Casualty Company**

Scottsdale Indemnity Company

SCOTTSDALE
SURPLUS LINES INSURANCE COMPANY

# CLAIM REPORTING INFORMATION

Your insurance policy has been placed with the Scottsdale Insurance Group, a subsidiary of the Nationwide Insurance Company. The Scottsdale Insurance Group is a reliable, service-oriented group of companies that will help protect you against certain losses.

Our commitment to you is to provide fast, fair claim service. Promptly reporting an event that could lead to a claim, as required by your policy, helps us fulfill this commitment to you. Please refer to your policy for this and all other terms and conditions.

To report a claim, you may contact the Scottsdale Insurance Group 24 hours a day, 7 days a week, by calling 1-800-423-7675 or via our Web site at www.scottsdaleins.com.

Thank you for your business and as always, we appreciate the opportunity to serve you.

| HOW TO REPORT A CLAIM |
|---|
| Call **1-800-423-7675** or visit our Web site at **www.scottsdaleins.com**<br>In order to expedite this process, please be prepared to furnish as much of the following information as possible:<br>• Your policy number<br>• Date, time and location of the loss/accident<br>• Details of the loss/accident<br>• Name, address and phone number of any involved parties<br>• If applicable, name of law enforcement agency or fire department along with the incident number<br>**Please refer to your policy for specific claim reporting requirements.** |

# Scottsdale Indemnity Company

Home Office:
One Nationwide Plaza o Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive o Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

In Witness Whereof, the Company has caused this policy to be executed and attested.

Secretary

President

The information contained herein replaces any similar information contained elsewhere in the policy.

## COMMON POLICY DECLARATIONS

CAI0045785
Renewal of Number

# Scottsdale Indemnity Company

Home Office: One Nationwide Plaza o Columbus, Ohio 43215
Administrative Office: 8877 N. Gainey Center Drive o Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number**
CAI0045787

**ITEM 1.** Named Insured and Mailing Address

RURAL TRASH SERVICE, INC.
P.O. BOX 1130
NEEDVILLE TX 77461

Agent Name and Address

LITCHFIELD SPECIAL RISKS INC
7016 ORIZABA
EL PASO TX 79912

Agent No.: 42004

Program No.: NONE

**ITEM 2.** Policy Period From: 03-15-2014 To: 03-15-2015 Term: 1 Year

**12:01 A.M., Standard Time at the mailing address shown in ITEM 1.**

Business Description: TRUCKING

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| **Coverage Part(s)** | **Premium Summary** |
|---|---|
| Commercial General Liability Coverage Part | $ NOT COVERED |
| Commercial Property Coverage Part | $ NOT COVERED |
| Commercial Crime And Fidelity Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Commercial Auto Coverage Part | $ |
| Professional Liability Coverage Part | $ NOT COVERED |
| | $ |
| | $ |
| | $ |
| | $ |
| **Total Policy Premium** | $ |
| | $ |
| Total Taxes, Surcharges or Fees | $ |
| **Policy Total** | $ |

THIS IS A TRUE AND CERTIFIED COPY

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.

## Scottsdale Indemnity Company

## SCHEDULE OF TAXES, SURCHARGES OR FEES

Policy No. CAI0045787

Effective Date: 03-15-14
12:01 A.M., Standard Time

Named Insured RURAL TRASH SERVICE, INC.

Agent No. 42004

OPI-D-1 (cont.)

TAXES, SURCHARGES OR FEES BREAKDOWN :

| | |
|---|---|
| TX-AUTO THEFT PREVENTION AUTHORITY FEE | $ |
| POLICY FEE | $ |
| | ------------- |
| TOTAL TAXES, SURCHARGES OR FEES | $ |

# Scottsdale Indemnity Company

## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. CAI0045787

Effective Date: 03-15-14
12:01 A.M., Standard Time

Named Insured RURAL TRASH SERVICE, INC.

Agent No. 42004

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| NOTI0065TX | 02-07 | IMPORTANT NOTICE - TEXAS |
| NOTX0124TX | 06-11 | LOSS CONTROL AVAILABILITY-TEXAS |
| NOTX0178CW | 02-06 | CLAIM REPORTING INFORMATION |
| UTI-COVPG | 12-09 | COVER PAGE |
| OPI-D-1 | 08-10 | COMMON POLICY DECLARATIONS |
| UTI-126L | 10-93 | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| UTI-SP-2L | 12-95 | SCHEDULE OF FORMS & ENDORSEMENT |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| UTI-74G | 01-95 | PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION |

AUTOMOBILE FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CAI-SD-1 | 04-10 | BUSINESS AUTO COVERAGE FORM SUPPL DECS |
| UTI-234 | 04-06 | SCHEDULE OF COVERED AUTOS YOU OWN |
| UTI-232 | 09-95 | SCHEDULE OF LOSS PAYEES |
| CAI-127-TX | 09-09 | SINGLE AUTO PHYSICAL DAMAGE DED - TX |
| CAI-141 | 09-12 | HYDRAULIC FRACTURING EXCLUSION |
| UTI-332S-TX | 09-11 | NOTICE-TX AUTO THEFT PREVENTION FEE |
| CA 00 01 | 10-13 | BUSINESS AUTO COVERAGE FORM |
| CA 01 96 | 10-13 | TEXAS CHANGES |
| CA 02 43 | 11-13 | TX CHANGES - CANCELLATION AND NONRENEWAL |
| CA 04 01 | 10-13 | TX-STATED AMOUNT INS. |
| CA 99 44 | 10-13 | LOSS PAYABLE CLAUSE |
| CAI-128 | 01-10 | SPECIAL COVERAGE ENDORSEMENT |
| MC 1632A | 08-99 | FORM F-UNIFORM MOTOR CARRIER BI&PD ENDT |

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998  □

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007 

Insured Copy

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 

Insured Copy

**Scottsdale Indemnity Company**

**ENDORSEMENT NO.** ____________

**Attached to and forming a part of**
**Policy No.** CAI0045787
**Named Insured** RURAL TRASH SERVICE, INC.

**Endorsement Effective Date** 03-15-14
**12:01 A.M., Standard Time**
**Agent No.** 42004

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

In consideration of the premium charged, it is agreed that this policy does not apply to a claim of or indemnification for punitive or exemplary damages.

Punitive or exemplary damages also include any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages.

If suit is brought against any insured for a claim falling within coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company will afford a defense to such action; however, the Company will have no obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

________________________________ / ______________
AUTHORIZED REPRESENTATIVE DATE

# Scottsdale Indemnity Company

## COMMERCIAL AUTO COVERAGE PART
## BUSINESS AUTO COVERAGE FORM SUPPLEMENTAL DECLARATIONS

Policy No.: CAI0045787 Effective Date: 03-15-14
12:01 A.M. Standard Time

Named Insured: RURAL TRASH SERVICE, INC. Agent No.: 42004

**Item 1.** Business Description: TRUCKING

Form of Business: [X] Corporation [ ] Limited Liability Company [ ] Individual [ ] Partnership
[ ] Other:

Audit Period (If applicable): [X] Annually [ ] Semi-Annually [ ] Quarterly [ ] Monthly

**Item 2.** Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit The Most We Will Pay for Any One Accident or Loss | Premium |
|---|---|---|---|
| Liability | 7,8,9 | $1,000,000 | $ |
| Personal Injury Protection (P.I.P.) (or equivalent No-fault coverage) | | Separately stated in each P.I.P. endorsement, minus any Deductible shown therein or scheduled on form CA-117. | |
| Added P.I.P. (or equivalent added No-fault coverage) | | Separately stated in each added P.I.P. endorsement. | |
| Property Protection Insurance (P.P.I.) (Michigan only) | | Separately stated in the P.P.I. endorsement minus Deductible for each "accident." | |
| Auto Medical Payments | | | |
| Medical Expense And Income Loss Benefits (Virginia only) | | Separately stated in Each Medical Expense And Income Loss Benefits Endorsement. | |
| Uninsured Motorists (UM) | | Separately stated in each UM endorsement. | |
| Underinsured Motorists (UIM) (when not included in UM Coverage) | | Separately stated in each UIM endorsement. | |
| Physical Damage Comprehensive Coverage | 7 | Actual cash value, cost of repair or stated amount, whichever is less, minus any applicable Deductible for each covered "auto." (See **Item 4.** for hired or borrowed "autos.") **See Schedule of Covered Autos You Own.** | $ |
| Physical Damage Specified Causes of Loss Coverage | | | |
| Physical Damage Collision Coverage | 7 | | $ |
| Physical Damage Towing and Labor | | for each disablement of a private passenger "auto." | |
| Form(s) and endorsement(s) applying to this coverage form and made a part of this policy at the time of issue: **See Schedule of Forms and Endorsements.** | | Premium for Endorsements | |
| | | Estimated Total Premium (This policy maybe subject to final audit.) | $ |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2009

# Scottsdale Indemnity Company

## COMMERCIAL AUTO COVERAGE PART
## BUSINESS AUTO COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy No.: CAI0045787 Effective Date: 03-15-14
12:01 A.M. Standard Time
Named Insured: RURAL TRASH SERVICE, INC. Agent No.: 42004

**Item 3.**—Schedule of Covered Autos You Own

**See Schedule of Covered Autos You Own.**

**Item 4.**—Schedule of Hired or Borrowed Covered Auto Coverage and Premiums.

Liability Coverage—Cost of Hire Rating Basis for "Autos" **NOT** used in your Motor Carrier Operations (Other than Mobile Or Farm Equipment)

| State | Estimated Annual Cost of Hire (Primary) | Rate Per Each $100 Cost of Hire (Primary) | Estimated Annual Cost of Hire (Excess ) | Rate Per Each $100 Cost of Hire (Excess) | Premium |
|---|---|---|---|---|---|
| TX | IF ANY | $ 9.020 | IF ANY | $ 1.503 | INCL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **Total Premium** | $ |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

Liability Coverage—Cost of Hire Rating Basis for "Autos" used in your Motor Carrier Operations (Other than Mobile or Farm Equipment)

| State | Estimated Annual Cost of Hire (Primary ) | Rate Per Each $100 Cost of Hire (Primary) | Estimated Annual Cost of Hire (Excess) | Rate Per Each $100 Cost of Hire (Excess) | Premium |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **Total Premium** | |

For "autos" used in your motor carrier operations, cost of hire means:

(a) The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein;

(b) The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party; and

(c) The total dollar amount of any other costs (i.e., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured," paid to the lessor or owner, or paid to others.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2009

# Scottsdale Indemnity Company

## COMMERCIAL AUTO COVERAGE PART
## BUSINESS AUTO COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy No.: CAI0045787 Effective Date: 03-15-14
12:01 A.M. Standard Time
Named Insured: RURAL TRASH SERVICE, INC. Agent No.: 42004

**Item 4.**—Schedule of Hired or Borrowed Covered Auto Coverage and Premiums (continued)

Physical Damage Coverages—Cost of Hire Rating Basis for All "Autos" (Other than Mobile or Farm Equipment)

| Coverage | Limit of Insurance The Most We Will Pay Deductible | Estimated Annual Cost of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
|---|---|---|---|
| Comprehensive | Actual cash value, cost of repair or , whichever is less, minus Deductible for each covered "auto.". | | |
| Specified Causes of Loss | Actual cash value, cost of repair or , whichever is less, minus Deductible for each covered "auto." | | |
| Collision | Actual cash value, cost of repair or , whichever is less, minus Deductible for each covered "auto." | | |
| Physical Damage Coverage for covered "autos" you hire or borrow is excess unless indicated below by "☒." | | **Total Premium** | N/A |

☐ If this box is checked, PHYSICAL DAMAGE COVERAGE applies on a direct primary basis and for purposes of the conditions entitled OTHER INSURANCE, any covered "auto" you hire or borrow is deemed to be a covered "auto."

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

Hired Or Borrowed Mobile and Farm Equipment
**If this box is checked** ☐ , **see Mobile and Farm Equipment Supplementary Schedule.**

**Item 5.**—Schedule for Non-ownership Liability

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations and Other Than Social Service Agencies | Number of Employees | IF ANY | $ 168 |
| | Number of Partners (Active and Inactive) | | |
| Garage Service Operations | Number of Employees Whose Principal Duty Involves the Operation of Autos | | |
| | Number of Partners (Active and Inactive) | | |
| Social Service Agencies | Number of Employees | | |
| | Number of Volunteers Who Regularly Use Autos To Transport Clients | | |
| | Number Of Partners (Active and Inactive) | | |
| | | **Total Premium** | $ 168 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2009

# Scottsdale Indemnity Company

## COMMERCIAL AUTO COVERAGE PART
## BUSINESS AUTO COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy No.: CAI0045787 Effective Date: 03-15-14 12:01 A.M. Standard Time

Named Insured: RURAL TRASH SERVICE, INC. Agent No.: 42004

**Item 6.**—Schedule for Gross Receipts or Mileage Basis

**Address of Business Location:**

1.

2.

**Type Of Risk (Check One) for each Location:**

1. ☐ Public Autos ☐ Leasing Or Rental Concerns ☐ Other
2. ☐ Public Autos ☐ Leasing Or Rental Concerns ☐ Other

| Rating Basis (Check One) for each Location | Estimated Yearly Per Location (Gross Receipts Or Mileage) |
|---|---|
| 1. ☐ Gross Receipts (Per $100) ☐ Mileage (Per Mile) | 1. |
| 2. ☐ Gross Receipts (Per $100) ☐ Mileage (Per Mile) | 2. |

| | Loc. 1 | | Loc. 2 | |
|---|---|---|---|---|
| | Rate | Premium | Rate | Premium |
| Liability | | | | |
| Personal Injury Protection | | | | |
| Added Personal Injury Protection | | | | |
| Property Protection Insurance (Michigan Only) | | | | |
| Auto Medical Payments | | | | |
| Medical Expense And Income Loss Benefits (Virginia Only) | | | | |
| Comprehensive | | | | |
| Specified Causes Of Loss | | | | |
| Collision | | | | |
| Towing And Labor | | | | |

| | |
|---|---|
| Total Premium: | |
| Minimum Premium: | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2009

# Scottsdale Indemnity Company

## COMMERCIAL AUTO COVERAGE PART
## BUSINESS AUTO COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

| | | | |
|---|---|---|---|
| Policy No.: | CAI0045787 | Effective Date: | 03-15-14<br>12:01 A.M. Standard Time |
| Named Insured: | RURAL TRASH SERVICE, INC. | Agent No.: | 42004 |

When gross receipts or mileage is used as a premium basis:

**For Public Autos:**

**Gross Receipts** means the total amount earned by the named insured for transporting passengers, mail and merchandise. Gross Receipts does not include:

A. Amounts paid to air, sea or land carriers operating under their own permits.

B. Advertising Revenue.

C. Taxes collected as a separate item and paid directly to the government.

D. C.O.D. collections for cost of mail or merchandise including collection fees.

**Mileage** means the total live and dead mileage of all revenue producing "autos" operated during the policy period.

**For Rental or Leasing Concerns:**

**Gross Receipts** means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

**Mileage** means the total live and dead mileage of all "autos" leased or rented to others without drivers during the policy period.

**THESE SUPPLEMENTAL DECLARATIONS, TOGETHER WITH THE COMMON POLICY DECLARATIONS AND THE FORM(S) AND ENDORSEMENT(S), IF ANY, COMPLETE THE POLICY.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2009

# Scottsdale Indemnity Company

## SCHEDULE OF COVERED AUTOS YOU OWN

Policy No.: CAI0045787

Effective Date: 03-15-14
12:01 A.M. Standard Time

Named Insured: RURAL TRASH SERVICE, INC.

Agent No.: 42004

| Covered Auto Number | Description | | |
|---|---|---|---|
| | Year | Model; Trade Name; Body Type | Serial Number(s); Vehicle ID Number (VIN) |
| TX1 | 2009 | FREIGHTLINER 4X2 M2 SERIES 106 BBC C | 1FVACXDT89DAJ0488 |
| TX2 | 2009 | FREIGHTLINER 4X2 M2 SERIES 106 BBC C | 1FVACXDT99HAJ0492 |
| TX3 | 2007 | FREIGHTLINER 4X2 M2 SERIES 106 BBC C | 1FVACXCS27HY41318 |
| TX4 | 2007 | INTL 4X2 4000 SERIES 107 BBC STEEL ( | 1HTMMAAL27H384785 |
| TX5 | 2006 | STERLING 4X2 ACTERRA SERIES 106.4 CO | 2FZACFCS06AU67401 |
| TX6 | 2004 | INTL 4X2 4000 SERIES 107 BBC STEEL ( | 1HTMMAAL84H650953 |
| TX7 | 2004 | INTL 4X2 4000 SERIES 107 BBC STEEL ( | 1HTMMAALX4H650954 |
| TX8 | 1994 | GMC | 1GCKC34N2RJ521943 |
| TX9 | 2014 | PETERBILT 4X2 ALUM CONVENTIONAL 108 | 2NP2HJ7X5EM221543 |

| Covered Auto Number | Town & State Where Covered Auto Will Be Principally Garaged | Territory | Original Cost New | Stated Amount |
|---|---|---|---|---|
| TX1 | NEEDVILLE, TX | 038 | | $ 75,000 |
| TX2 | NEEDVILLE, TX | 038 | | $ 75,000 |
| TX3 | NEEDVILLE, TX | 038 | | $ 65,000 |
| TX4 | NEEDVILLE, TX | 038 | | $ 59,399 |
| TX5 | NEEDVILLE, TX | 038 | | $ 67,549 |
| TX6 | NEEDVILLE, TX | 038 | | $ 51,528 |
| TX7 | NEEDVILLE, TX | 038 | | $ 51,528 |
| TX8 | NEEDVILLE, TX | 038 | | $ 5,000 |
| TX9 | NEEDVILLE, TX | 038 | | $ 137,900 |

| Covered Auto Number | Radius of Operation in Miles | Business Use S=Service R=Retail C=Commercial | Size GVW, GCW or Vehicle Seating Capacity | Age Group | Code |
|---|---|---|---|---|---|
| TX1 | 100 | C | 33,000 | 6 | 334530 |
| TX2 | 100 | C | 33,000 | 6 | 334530 |
| TX3 | 100 | C | 26,001 | 6 | 334530 |
| TX4 | 100 | C | 23,500 | 6 | 334530 |
| TX5 | 100 | C | 21,000 | 6 | 334530 |
| TX6 | 100 | C | 23,500 | 6 | 334530 |
| TX7 | 100 | C | 23,500 | 6 | 334530 |
| TX8 | 100 | S | 14,000 | 6 | 214990 |
| TX9 | 100 | C | 31,000 | 1 | 334530 |

# Scottsdale Indemnity Company

## SCHEDULE OF COVERED AUTOS YOU OWN (continued)

Policy No.: CAI0045787 Effective Date: 03-15-14
12:01 A.M. Standard Time

Named Insured: RURAL TRASH SERVICE, INC. Agent No.: 42004

Coverages—Premiums, Limits and Deductibles

| Covered Auto Number | Liability Premium | P.I.P. Premium | Added P.I.P. Premium | P.P.I. Premium (Michigan only) |
|---|---|---|---|---|
| TX1 | $ 2,665 | | | |
| TX2 | $ 2,665 | | | |
| TX3 | $ 2,665 | | | |
| TX4 | $ 2,665 | | | |
| TX5 | $ 2,665 | | | |
| TX6 | $ 2,665 | | | |
| TX7 | $ 2,665 | | | |
| TX8 | $ 1,535 | | | |
| TX9 | $ 2,665 | | | |

| Covered Auto Number | Auto Medical Payments | | Medical Expense Benefits (VA Only) Premium | Income Loss Benefits (VA Only) Premium | Uninsured Motorist Premium | Underinsured Motorist Premium | Total Liability Premium |
|---|---|---|---|---|---|---|---|
| | Limit | Premium | | | | | |
| TX1 | | | | | | | $ 2,665 |
| TX2 | | | | | | | $ 2,665 |
| TX3 | | | | | | | $ 2,665 |
| TX4 | | | | | | | $ 2,665 |
| TX5 | | | | | | | $ 2,665 |
| TX6 | | | | | | | $ 2,665 |
| TX7 | | | | | | | $ 2,665 |
| TX8 | | | | | | | $ 1,535 |
| TX9 | | | | | | | $ 2,665 |

| Covered Auto Number | Other Than Collision | | | Collision | | Towing & Labor Premium | Total Physical Damage Premium |
|---|---|---|---|---|---|---|---|
| | Deductible | Comprehensive Premium | Specified Causes of Loss Premium | Deductible | Premium | | |
| TX1 | 1,000 | $ 658 | | 1,000 | $ 987 | | $ 1,645 |
| TX2 | 1,000 | $ 658 | | 1,000 | $ 987 | | $ 1,645 |
| TX3 | 1,000 | $ 571 | | 1,000 | $ 857 | | $ 1,428 |
| TX4 | 1,000 | $ 549 | | 1,000 | $ 823 | | $ 1,372 |
| TX5 | 1,000 | $ 593 | | 1,000 | $ 890 | | $ 1,483 |
| TX6 | 1,000 | $ 476 | | 1,000 | $ 714 | | $ 1,190 |
| TX7 | 1,000 | $ 476 | | 1,000 | $ 714 | | $ 1,190 |
| TX8 | 1,000 | $ 65 | | 1,000 | $ 97 | | $ 162 |
| TX9 | 1,000 | $ 1,083 | | 1,000 | $ 1,625 | | $ 2,708 |

# Scottsdale Indemnity Company

## SCHEDULE OF LOSS PAYEE(S)

Policy No. CAI0045787

Effective Date: 03-15-14
12:01 A.M., Standard Time

Named Insured RURAL TRASH SERVICE, INC.

Agent No. 42004

| Covered Auto No. | Loss Payee Name and Mailing Address<br>Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
|---|---|
| 3, 9 | PEOPLE'S UNITED EQUIPMENT FINANCE GROUP<br>10715 DAVID TAYLOR DR. #550 CHARLOTTE, NB 28262 |
| 5 | CENTER CAPITAL CORP<br>PO BOX 1188 FARMINGTON, CT 06034 |
| 3 | FINANCIAL FEDERAL CREDIT<br>10200 MALLARD CREEK RD, STE #200 CHARLOTTE, NC 28262 |

**Scottsdale Indemnity Company**

**ENDORSEMENT NO.**__________

Attached to and forming a part of
Policy No. CAI0045787
Named Insured RURAL TRASH SERVICE, INC.

Endorsement Effective Date 03-15-14
12:01 A.M., Standard Time
Agent No. 42004

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SINGLE AUTO PHYSICAL DAMAGE DEDUCTIBLE—TEXAS

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**
**TRUCKERS COVERAGE FORM**
**BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM**

Subsection **D. Deductible** of the **PHYSICAL DAMAGE COVERAGE** section of the **BUSINESS AUTO COVERAGE FORM, MOTOR CARRIER COVERAGE FORM, TRUCKERS COVERAGE FORM** and the **BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM** is replaced by:

**D. Deductible**

Our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

Application of the deductible, whichever applies, will be as follows:

1. The deductible amount will apply to each covered "auto" when not attached to another at the time of "loss."
2. The single highest deductible amount for any of such covered "autos" will apply if a "loss" applies to more than one covered "auto" when such covered "autos" are attached to one another at the time of the "loss."

____________________ / __________
AUTHORIZED REPRESENTATIVE DATE

| | | |
|---|---|---|
| | **Scottsdale Indemnity Company** | **ENDORSEMENT NO.**_______ |
| Attached to and forming a part of<br>Policy No. CAI0045787<br>Named Insured RURAL TRASH SERVICE, INC. | | Endorsement Effective Date 03-15-14<br>12:01 A.M., Standard Time<br>Agent No. 42004 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## HYDRAULIC FRACTURING EXCLUSION

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**GARAGE COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**
**TRUCKERS COVERAGE FORM**

With respect to this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** of Section **II—Liability Coverage** in the Business Auto, Motor Carrier and Truckers Coverage Forms and for **"Garage Operations"—Covered "Autos"** in the Garage Coverage Form:

**Hydraulic Fracturing**

This insurance does not apply to:

1. "Bodily injury," "property damage" or "covered pollution" cost or expense:

   **a.** "Arising," in whole or in part, out of any operation involving substances under pressure being pumped underground with the objective of creating fractures in geologic formations to facilitate the release and extraction of hydrocarbons, including but not limited to oil or natural gas. Such operations include but are not limited to "hydraulic fracturing," "gas fracking" and/or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any "flowback" or the handling, transporting, storage, release or disposal of any "flowback" by any "insured" or by any other person or entity; or

   **b.** Caused, directly or indirectly or in whole or in part, by any operation involving substances under pressure used for pumping underground with the objective of creating fractures in geologic formations to facilitate the release and extraction of hydrocarbons, including but not limited to oil or natural gas. Such operations include, but are not limited to, "hydraulic fracturing," "gas fracking" and/or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any "flowback" or the handling, transporting, storage, release or disposal of any "flowback" by any "insured" or by any other person or entity, that are, or that are contained in any property that is:

      **(a)** Being transported or towed by, handled or handled for movement into, onto or from, the covered "auto";

      **(b)** Otherwise in the course of transit by any "insured" or by any other person or entity; or

      **(c)** Being stored, disposed of, treated or processed in or upon the covered "auto."

2. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, remediating, disposing of, or in any way responding to or assessing the effects of "hydraulic fracturing,"

"gas fracking" or "flowback" by any "insured" or by any other person or entity.

We will have no duty to settle any claim or defend any "suit" against the "insured" arising out of or in any way related to items **1.** or **2.** above.

**B.** With respect to this endorsement, the following additional definitions apply:

1. "Hydraulic fracturing" or hydrofracking means the process by which water, "proppants," chemicals and/or other fluid additives are injected at high pressure into underground geologic formations to create fractures, to facilitate the extraction of any hydrocarbons including but not limited to natural gas and/or oil.
2. "Flowback" means any substance containing returned "hydraulic fracturing" fluid, including but not limited to water, "proppants," "hydraulic fracturing" fluid additives; and, any hydrocarbon compounds, salts, conventional pollutants, organics, metals, and naturally occurring radioactive material brought to the surface with the water.
3. "Gas Fracking" or liquefied propane/butane gas fracturing means the waterless process by which propane gel and "proppants" are injected at high pressure into geologic formations to create fractures, to facilitate the release and extraction of natural gas.
4. "Proppant" means particles that are used to keep fractures open after a "hydraulic fracturing" treatment.

AUTHORIZED REPRESENTATIVE / DATE

## Scottsdale Indemnity Company

Policy No. CAI0045787 Effective Date 03-15-14
12:01 A.M. Standard Time

Named Insured RURAL TRASH SERVICE, INC. Agent No. 42004

## POLICYHOLDER NOTICE - TEXAS

### AUTO THEFT PREVENTION FEE

**NOTICE:** The Automobile Theft Prevention Authority fee is payable in addition to the premium due under this policy. This fee reimburses the insurer, as permitted by 28 TAC § **5.205,** for the $2.00 fee per motor vehicle year required to be paid to the Automobile Theft Prevention Fund under Texas Civil Statutes, Article 4413 (37), §10, which became effective on September 1, 2011.

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |


© Insurance Services Office, Inc., 2011


Insured Copy

| | | |
|---|---|---|
| **19** | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.
2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:
   - **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and
   - **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.
2. "Mobile equipment" while being carried or towed by a covered "auto".
3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:
   - **a.** Breakdown;
   - **b.** Repair;
   - **c.** Servicing;
   - **d.** "Loss"; or
   - **e.** Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

- **a.** You for any covered "auto".
- **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:
  - **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

    This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

 © Insurance Services Office, Inc., 2011 

Insured Copy

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.


© Insurance Services Office, Inc., 2011


Insured Copy

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

 © Insurance Services Office, Inc., 2011 

Insured Copy

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

 © Insurance Services Office, Inc., 2011 

Insured Copy

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

 © Insurance Services Office, Inc., 2011 

Insured Copy

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

 © Insurance Services Office, Inc., 2011 

Insured Copy

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

 © Insurance Services Office, Inc., 2011 

Insured Copy

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

 © Insurance Services Office, Inc., 2011 

Insured Copy

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

 © Insurance Services Office, Inc., 2011 

Insured Copy

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

 © Insurance Services Office, Inc., 2011 

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

For a covered "auto" licensed or principally garaged in Texas, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Physical Damage Coverage**

1. The following exclusion is added to Paragraph **B. Exclusions** in the **Physical Damage Coverage** section:

   We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

2. Paragraphs **C.2.** and **C.3.** of the **Limit Of Insurance** provision under **Physical Damage Coverage** do not apply.

3. Paragraph **D. Deductible** in the **Physical Damage Coverage** section is amended by the addition of the following:

   At the mutual agreement of you and us, we will not apply the deductible to "loss" to glass, if the glass is repaired rather than replaced.

**B. Changes In Conditions**

The following condition is added:

**Claim-handling Procedures**

1. Within 15 days after we receive written notice of a claim, we will:

   **a.** Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

   **b.** Begin any investigation of the claim; and

   **c.** Specify the information you must provide in accordance with Paragraph **b.** of the Duties Condition.

   We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

2. After we receive the information we request, we will notify you in writing as to whether:

   **a.** The claim will be paid;

   **b.** The claim has been denied, and inform you of the reasons for denial;

   **c.** More information is necessary; or

   **d.** We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

   We will provide notification, as described in **2.a.** through **2.d.** above, within:

   **a.** 15 "business days"; or

   **b.** 30 days if we have reason to believe the "loss" resulted from arson.

   If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

3. If a claim results from a weather-related catastrophe or a major natural disaster as defined by the Texas Department of Insurance, the claim-handling deadlines described above are extended for an additional 15 days.

4. If we notify you that we will pay your claim, or part of your claim, we will pay within five "business days" after we notify you.

 © Insurance Services Office, Inc., 2013 

Insured Copy

However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms under this Policy, we will make payment within five "business days" after the date you have complied with such terms.

**5.** We will notify the first Named Insured in writing of:

**a.** An initial offer to settle a claim made or "suit" brought against any "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given no later than the 10th day after the date on which the offer is made.

**b.** Any settlement of a claim made or "suit" brought against the "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given not later than the 30th day after the date of settlement.

As used in this condition, "business day" means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**C. Changes In Uninsured/Underinsured Motorists Coverage**

All references to "Uninsured Motorists Coverage" in the title or text of any Coverage Form or endorsement thereto are changed to read "Uninsured/Underinsured Motorists Coverage".

**D. Changes In Trailer Interchange Coverage**

The following exclusion is added to Paragraph **B. Exclusions** of **Section III – Trailer Interchange Coverage** in the Motor Carrier Coverage Form and to Paragraph **B.2. Exclusions** of the Motor Carrier Endorsement if attached:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

**E. Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage Endorsement or the Garagekeepers Coverage – Customers' Sound-receiving Equipment endorsement is attached, the following exclusion is added:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

 © Insurance Services Office, Inc., 2013 

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraphs **2.** and **5.** of the **Cancellation** Common Policy Condition contained in Endorsement **IL 00 17** are replaced by the following:

**2.** We may cancel this policy:

**a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except, that under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

**(a)** Fraud in obtaining coverage;

**(b)** Failure to pay premiums when due;

**(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for less than 90 days, we may cancel this policy for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel this policy, only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

 © Insurance Services Office, Inc., 2013 

Insured Copy

5. If this policy is canceled, we will send the first Named Insured any premium refund due. The refund will be pro rata, subject to the policy minimum premium. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following condition is added:

**Nonrenewal**

1. We may elect to renew this policy except that under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

2. If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

 © Insurance Services Office, Inc., 2013 

POLICY NUMBER: CAI0045787

COMMERCIAL AUTO
CA 04 01 10 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS STATED AMOUNT INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**

**Endorsement Effective Date:**

**SCHEDULE**

The insurance provided by this endorsement is reduced by the following deductible(s):

| Vehicle Number | Coverage | Limit Of Insurance And Deductible | | Premium |
|---|---|---|---|---|
| SEE SCHEDULE | | $ | **Limit Of Insurance** | $ |
| | | $ | **Deductible** | |
| | | $ | **Limit Of Insurance** | $ |
| | | $ | **Deductible** | |
| | | $ | **Limit Of Insurance** | $ |
| | | $ | **Deductible** | |
| | | | **Total Premium** | $ |

**NOTE:**
The amount shown in the Schedule or in the Declarations is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limits Of Insurance and Deductible provisions which follow.

| Designation Or Description Of Covered "Autos" | | |
|---|---|---|
| **Vehicle Number** | **Model Year** | **Trade Name And Model** |
| SEE SCHEDULE | | |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.


© Insurance Services Office, Inc., 2012


Insured Copy

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

**B.** For a covered "auto" described in the Schedule, **Physical Damage Coverage – Limit Of Insurance** is replaced by the following:

**Limit Of Insurance**

The most we will pay for any one "loss" to any one covered "auto" is the least of the following amounts:

1. The actual cash value of the damaged or stolen property as of the time of the "loss";
2. The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or
3. The Limit Of Insurance shown in the Schedule.

**C. Deductible**

For each covered "auto", our obligation to pay:

1. The actual cash value of the damaged or stolen property at the time of the "loss" will be reduced by the applicable deductible shown in the Schedule.
2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality will be reduced by the applicable deductible shown in the Schedule.
3. The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit Of Insurance shown in the Schedule.

Any Comprehensive Coverage Deductible shown in the Schedule does not apply to "loss" caused by fire or lightning.

 © Insurance Services Office, Inc., 2012 

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the Cancellation Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

 © Insurance Services Office, Inc., 2011 

Insured Copy

| | |
|---|---|
| **Scottsdale Indemnity Company** | **ENDORSEMENT NO.** ______ |
| Attached to and forming a part of<br>Policy No. CAI0045787<br>Named Insured RURAL TRASH SERVICE, INC. | Endorsement Effective Date 03-15-14<br>12:01 A.M., Standard Time<br>Agent No. 42004 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIAL COVERAGES ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**TRUCKERS COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**

Under **SECTION III—PHYSICAL DAMAGE COVERAGE,** subsection **A. Coverage,** paragraph **4. Coverage Extensions,** the following are added:

**Down-time Loss Expense Coverage**

We will pay "down-time loss expense" as a result of a covered "auto" being repaired for an extended period of time due to a covered "loss" up to a combined maximum limit of $100 a day for a maximum of thirty-five (35) days or until the repairs are completed, whichever comes first. We will pay only for those covered "autos" for which you carry Comprehensive or Specified Causes of Loss and Collision Coverage, subject to the following terms and conditions:

1. We will pay for "down-time loss expense" beginning on the sixth (6th) day after:
   a. The covered "auto" is out of service for repair because of a covered "loss" and the covered "auto" is in the custody of a repair facility; and
   b. We have given approval for repairs to the covered "auto"; and
   c. You have given the repair facility the approval to repair the covered "auto."
2. "Down-time loss expense" will end when any of the following occur:
   a. You have a spare or reserve "auto" available to you to continue your operations;
   b. You purchase a replacement "auto";
   c. Repairs to the covered "auto" have been completed by the repair facility and the repair facility has determined the covered "auto" is road-worthy;
   d. The maximum limit of "down-time loss expense" coverage has been met;
   e. Theft of a covered "auto"; or
   f. A total "loss" or "constructive total loss" to a covered "auto" is declared by us.
3. "Down-time loss expense" means actual loss of "business income" for the period of time that a covered "auto":
   a. Is out of service for repair or replacement as a result of a covered "loss"; and
   b. Is in the custody of a repair facility if not a total "loss."
4. "Business income" means:
   a. Net income (Net profit or loss before income taxes) that would have been earned or incurred; and
   b. Continuing normal operating expenses incurred, including payroll.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

**Electronic Equipment Coverage**

We will extend the Collision Coverage for "loss" to "electronic equipment" provided the "electronic equipment" is not already covered under the policy. This coverage is subject to a $100 Deductible per "loss" in lieu of any other Collision Deductible shown in the policy. The most we will pay for "loss" to "electronic equipment" is $5,000.

"Electronic equipment" means electronic devices of computer systems, facsimile machines, satellite communication or tracking systems, video camera monitoring systems, collision prevention systems, cellular phones, two-way mobile radios or scanning monitor receivers owned by the "insured" to be used in an "auto."

**Loan Or Lease Gap Coverage**

Subject to the stated Limit shown in the Declarations, in the event of a total "loss" to a covered "auto" for which a "finance agreement" exists and the actual cash value or cost of repair or stated amount shown in the Declarations is equal to or greater than the outstanding financial obligation in the "finance agreement," the most we will pay for a total "loss" is the greater of:

a. The outstanding financial obligation under a "finance agreement" for a covered "auto" at the time of loss; or

b. The actual cash value of the covered "auto" at the time of "loss."

However, at the time of the total "loss," we will not pay any:

1. Overdue "finance agreement" payments including any type of late fees or penalties;

2. Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

3. Security deposits not refunded by the lessor;

4. Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease;

5. Carry-over balances from previous loans or leases; or

6. Unpaid principal included in the outstanding "finance agreement" balance that was not used by you to purchase the covered "auto."

As used in this endorsement, "finance agreement" means a written lease or loan contract entered into as part of your business, pertaining to the lease or purchase by you of a covered "auto," and subject to a valid promissory note or a written payment obligation contained in a lease, and security agreement or other written agreement establishing a security interest, executed concurrently with the purchase or lease of the covered "auto."

**Personal Effects Coverage**

We will pay for "loss" to "personal effects" of the "insured" while within a covered "auto" subject to a maximum limit of $2,500 per "loss," less any Comprehensive or Collision Deductible shown in the Declarations, whichever Coverage Deductible is applicable for that covered "auto." However, we will only apply one Deductible if there is "loss" to both "personal effects" and the covered "auto" caused by the same "accident."

This extension of coverage does not apply:

1. Unless Comprehensive or Specified Causes Of Loss Coverage and Collision Physical Damage Coverage is shown in the Declarations as covered; or

2. To "loss" caused by theft, unless there are visible signs or marks of forcible entry into the covered "auto."

"Personal effects" means personal property owned or worn by you.

However, the following items are not "personal effects":

a. "Electronic equipment";

b. Contraband or property in the course of illegal transportation or trade;

c. Records or accounts, currency, coins, deeds, banknotes, bullion, evidences of debt, securities, tickets, stamps, manuscripts or commercial paper or other documents of value;

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

**d.** Furs or fur garments, jewelry, watches, precious or semi-precious stones; or

**e.** Live animals.

**Towing Coverage**

In addition to the Limit Of Insurance, we will pay the reasonable cost to recover a covered "auto" as a result of a covered "loss" and tow the covered "auto" to the nearest facility capable of making the necessary repairs. Covered "auto" does not mean an "auto" of the private passenger type.

**Windshield Coverage**

We will pay under Comprehensive Coverage for the cost of repairing the damaged windshield on your covered "auto" without a deductible. We will only pay if the Declarations indicates Comprehensive Coverage applies.

With respect to this endorsement, under **SECTION III—PHYSICAL DAMAGE COVERAGE,** subsection **D. Deductible,** the following is added:

**Diminishing Deductible**

For each consecutive Policy Period that you purchase the Special Coverage Endorsement and you do not have a paid Physical Damage "loss" under this endorsement with us, the Deductible shown in the Declarations for each Physical Damage Coverage will be reduced by the percentage for the applicable Year shown in the table below of this endorsement.

| No. of 'Loss" Free Years with the Special Coverages Endorsement | Deductible Percentage Reduction |
|---|---|
| One | 0% |
| Two | 25% |
| Three | 50% |
| Four | 75% |
| Five or more | 100% |

If we pay a Physical Damage "loss" during any Policy Period under this endorsement, the Deductible shown in the Declarations will not be reduced on any subsequent "loss" during the remainder of the Policy Period, and the Deductible Percentage Reduction will revert back to Year One Deductible Percentage Reduction or 0% if this coverage endorsement is renewed.

With respect to this endorsement, the term repair(s) does not mean replaced or replacing.

______________________________ / __________

AUTHORIZED REPRESENTATIVE DATE

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

# FORM F
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

1. The certification of the policy, as proof of financial responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.
2. The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated on the reverse side hereof.
3. This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming a part of policy No. CAI0045787

issued by SCOTTSDALE INDEMNITY COMPANY, herein called

Company, of 8877 NORTH GAINEY CENTER DR. SCOTTSDALE, AZ 85258

to RURAL TRASH of PO BOX 1130 NEEDVILLE, TX 77461

Dated at EL PASO, TX this 24 day of MARCH 20 14

Countersigned by ______________________

Authorized Representative

| X = INDICATES STATE COMMISSIONS WITH WHOM UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE HAS BEEN FILED | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALABAMA | | ILLINOIS | | MONTANA | | RHODE ISLAND | |
| ALASKA | | INDIANA | | NEBRASKA | | SOUTH CAROLINA | |
| ARIZONA | | IOWA | | NEVADA | | SOUTH DAKOTA | |
| ARKANSAS | | KANSAS | | NEW HAMPSHIRE | | TENNESSEE | |
| CALIFORNIA | | KENTUCKY | | NEW JERSEY | | TEXAS | X |
| COLORADO | | LOUISIANA | | NEW MEXICO | | UTAH | |
| CONNECTICUT | | MAINE | | NEW YORK | | VERMONT | |
| DELAWARE | | MARYLAND | | NORTH CAROLINA | | VIRGINIA | |
| DIST. OF COLUMBIA | | MASSACHUSETTS | | NORTH DAKOTA | | WASHINGTON | |
| FLORIDA | | MICHIGAN | | OHIO | | WEST VIRGINIA | |
| GEORGIA | | MINNESOTA | | OKLAHOMA | | WISCONSIN | |
| HAWAII | | MISSISSIPPI | | OREGON | | WYOMING | |
| IDAHO | | MISSOURI | | PENNSYLVANIA | | | |

## Scottsdale Indemnity Company

# CHANGE ENDORSEMENT NO. 001

Policy No. CAI0045787

Effective Date: 03-24-14
12:01 A.M., Standard Time

Named Insured RURAL TRASH SERVICE, INC.

Agent No. 42004

**COVERAGE PART INFORMATION – Coverage parts affected by this change as indicated by [x] below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [X] Commercial Auto
- [ ]

**CHANGE DESCRIPTION**

THIS POLICY IS AMENDED AS FOLLOWS:

THE FOLLOWING ADDITIONAL INTEREST (LOSS PAYEE) HAS BEEN DELETED FROM THE POLICY:

CENTER CAPITAL CORP.
PO BOX 1188
FARMINGTON CT 06034

THE FOLLOWING FORM(S) HAS BEEN AMENDED:

UTI-232 09-95 SCHEDULE OF LOSS PAYEES

**PREMIUM CHANGE**

Additional $ NO CHARGE

Return $ NO CHARGE

AUTHORIZED AGENT

UTI-244L (6-92)

# Scottsdale Indemnity Company

## SCHEDULE OF LOSS PAYEE(S)

Policy No. CAI0045787

Effective Date: 03-24-14
12:01 A.M., Standard Time

Named Insured RURAL TRASH SERVICE, INC.

Agent No. 42004

| Covered Auto No. | Loss Payee Name and Mailing Address<br>Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
|---|---|
| 3, 9 | PEOPLE'S UNITED EQUIPMENT FINANCE GROUP<br>10715 DAVID TAYLOR DR. #550 CHARLOTTE, NB 28262 |
| 3 | FINANCIAL FEDERAL CREDIT<br>10200 MALLARD CREEK RD, STE #200 CHARLOTTE, NC 28262 |