United States District Court
Southern District of Texas
**ENTERED**
January 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INDEMNITY COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-619 |
| | § | |
| RURAL TRASH SERVICE, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff Scottsdale Indemnity Company's ("Scottsdale") Motion for Summary Judgment (Doc. #14) and Defendant Rural Trash Service, Inc.'s ("Rural Trash") Response (Doc. #19). Having considered the arguments and the applicable law, the Court denies Plaintiff's Motion. This is a declaratory judgment action by Plaintiff Scottsdale Indemnity Company. Plaintiff seeks a judgment that it has no duty to defend its insured, Rural Trash, in a tort lawsuit. The lawsuit was brought by a Rural Trash employee, Joseph Rios, in connection with injuries that he suffered on the job. Scottsdale maintains that it has no duty to defend Rural Trash because the insurance policy excludes coverage for employee injury or for claims which might implicate Workers' Compensation. However, both of those exclusions require that an employee be acting in the course and scope of employment when injured. At this point, a fact issue exists as to whether Rios was acting in the course and scope of his employment at the time of the accident. Doc. #19. Accordingly, the Motion is denied without prejudice.

It is so ORDERED.

JAN 13 2016
Date

THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE