United States District Court
Southern District of Texas

**ENTERED**

October 12, 2017

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SCOTTSDALE INDEMNITY COMPANY** | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:15-CV-00619** |
| | § | |
| **V.** | § | |
| | § | |
| **RURAL TRASH SERVICE, INC.,** | § | |
| **JOSEPH RIOS AND ANGELA RIOS** | § | |
| ***Defendants.*** | | |

## ORDER

On this day the Court considered Plaintiff Scottsdale Insurance Company's Unopposed Motion to Dismiss. After considering the motion, the Court is of the opinion this Motion should and hereby is GRANTED. It is therefore

ORDERED that Plaintiff's Motion to Dismiss as to Defendants Rural Trash Service, Inc., is granted, and this matter is DISMISSED WITH PREJUDICE to refiling.

SIGNED this _______ day of OCT 1 2 2017, 2017.

PRESIDING JUDGE